**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gila River Indian Community, et al., | No. CV-22-1993-PHX-DLR |
| Plaintiffs, | CV-23-02454-PHX-KML |
| v. | **ORDER** |
| Xavier Becerra, et al., | |
| Defendants. | |

The parties filed a joint motion to consolidate CV-22-1993-PHX-DLR and CV-23-2454-PHX-KML. The parties do not explain the type of consolidation they seek, although it appears they are requesting consolidation primarily to ensure the later-filed case becomes subject to the stay in place in the earlier-filed case so the two cases can be litigated on the same timeline.

As contemplated by Local Rule 42.1(b), the judges handling the two cases have consulted and determined it would be appropriate for a single judge to resolve both cases. The later-filed case is the larger of the two and transfer of the earlier-filed case to the undersigned is the appropriate outcome. The stay in the earlier-filed case is lifted and litigation in both cases must resume.

Based on the similarity of the claims in the two cases, the parties must file a joint statement explaining whether the cases should be consolidated into a single case. If consolidated, plaintiff would file a new consolidated complaint, and the second-filed case would be dismissed. The current deadline for defendants to respond to the complaint in the

later-filed case is January 9, 2026. That deadline is vacated, and a response deadline will be reset upon receipt of the parties' joint statement.

**IT IS ORDERED** the Motion to Consolidate (Doc. 53) in CV-22-1993-PHX-DLR is **GRANTED** to the extent the Clerk of Court shall reassign CV-22-1993-PHX-DLR to the undersigned.

**IT IS FURTHER ORDERED** the stay issued on December 1, 2025, in CV-22-1993-PHX-DLR is **VACATED**. No later than **January 13, 2026**, the parties shall file in CV-22-1993-PHX-DLR a joint statement setting forth their positions regarding consolidation.

**IT IS FURTHER ORDERED** the January 9, 2026, deadline in CV-23-2454-PHX-KML for defendants to respond to the complaint is vacated to be reset by future order.

Dated this 7th day of January, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge